IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERE D. WARD, an individual,

    Plaintiff,   No.  CIV-S-10-0376-KJM-KJN-PS

    vs.

DEPARTMENT OF AGRICULTURE, et al.,

    Defendants.   ORDER
_____/

Plaintiff, proceeding without counsel and in forma pauperis, has filed this civil right action seeking relief under 42 U.S.C. § 2000e.  On January 11, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has carefully considered the file and reviewed the applicable legal standards and, good cause appearing, concludes it is appropriate to adopt the Findings and Recommendations in full.

/////

/////

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed January 11, 2011, are ADOPTED.

2. Defendants' motion for partial dismissal of plaintiff's complaint (Dkt. No. 11), construed as a motion for judgment on the pleadings, is granted.

3. Defendant Department of Agriculture is dismissed from this action with prejudice.

DATED: March 30, 2011.

                                         UNITED STATES DISTRICT JUDGE

ward0376.jo

2