IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERÉ D. WARD, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>TOM VILSACK, SECRETARY<br>DEPT. OF AGRICULTURE,<br><br>             Defendant. | Case No. 2:10-CV-00376-KJM-KJN<br><br>ORDER APPROVING STIPULATION TO MODIFY DECEMBER 1, 2010 PRETRIAL SCHEDULING ORDER AND CONTINUE DATE FOR HEARING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Stipulation to Modify December 1, 2010 Pretrial Scheduling Order (Doc. #13) and Continue Defendant's Motion for Summary Judgment (Doc. #22) filed herein on July 21, 2011, Doc. #24, is hereby APPROVED, as follows:

The deadlines set forth in the December 1, 2010 pretrial scheduling order, Doc. #13, shall be modified (extended) by approximately thirty days, as follows:

| | |
|---|---|
| Law and Motion cut-off: | September 15, 2011 (from  August 18, 2011) |
| Final Pretrial Conference: | December 14, 2011, at 10:00 a.m.  (from November 14, 2011), before U.S. District Judge Kimberly J. Mueller, in Courtroom 3 |
| Trial: | March 5, 2012, at 9:00 a.m.  (from February 21, 2012), before U.S. District Judge Kimberly J. Mueller, in Courtroom 3 |

IT IS FURTHER ORDERED that:

1) Defendant's motion for summary judgment, Doc. #22, currently noticed for hearing before U.S. Magistrate Judge Kendall J. Newman on August 11, 2011, shall be continued to

September 15, 2011, at 10:00 a.m., in Courtroom 25 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

2) Plaintiff shall file and serve her opposition or statement of non-opposition to defendant's motion for summary judgment <u>by no later than</u> August 25, 2011. Counsel for defendant seeks the additional time from that set forth in Local Rule 230(c) because of the Labor Day weekend and prior personal commitments that are scheduled during that time frame.

3) Defendant shall file and serve its reply brief by no later than September 8, 2011, in accordance with Local Rule 230(d).

IT IS SO ORDERED.

DATED: July 21, 2011.

_____
UNITED STATES DISTRICT JUDGE