IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERÉ D. WARD, an individual,<br><br>                 Plaintiff,<br><br>    v.<br><br>TOM VILSACK, SECRETARY<br>DEPT. OF AGRICULTURE,<br><br>                 Defendant. | Case No. 2:10-CV-00376-KJM-KJN<br><br>ORDER OF DISMISSAL PURSUANT TO<br>STIPULATION BETWEEN THE PARTIES |

    The Stipulation for Compromise Settlement, Releases and Dismissal filed herein on March 29, 2012, is hereby APPROVED. Pursuant to said stipulation, this action is hereby DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter the dismissal and release in the official docket.

    IT IS SO ORDERED.

DATED: April 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

Order of Dismissal Pursuant to Stipulation        1