1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9

CHERÉ D. WARD, an individual,     )   Case No. 2:10-CV-00376-KJM-KJN

)

10

                    Plaintiff,  )   ORDER OF DISMISSAL PURSUANT TO
)   STIPULATION BETWEEN THE PARTIES

11

     v.                  )

)

12

TOM VILSACK, SECRETARY    )
DEPT. OF AGRICULTURE,      )

13

                 Defendant.  )

)

14

_____)

15

     The  Stipulation for Compromise Settlement, Releases and Dismissal filed herein on

16

March 29, 2012, is hereby APPROVED.  Pursuant to said stipulation, this action is hereby

17

DISMISSED WITH PREJUDICE.  The Clerk of the Court shall enter the dismissal and release in

18

the official docket.

19

     IT IS SO ORDERED.

20

DATED:  April 2, 2012.

21

_____
UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28

Order of  Dismissal Pursuant to Stipulation

1